# United States District Court
# Central District of California

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DREAMS FOOTWEAR, INC.; FRANK CHEN; DOES 1–10, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-cv-02649-ODW(PLAx)<br><br>**ORDER TO SHOW CAUSE RE.**<br>**LACK OF PROSECUTION** |

On April 25, 2014, Plaintiff served Defendant Dreams Footwear, Inc. (ECF No. 11.) Dreams Footwear therefore had until May 16, 2014, to answer or otherwise respond—that is, 21 days after the service date. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Dreams Footwear has filed no response. The Court therefore **ORDERS** Plaintiff to **SHOW CAUSE** in writing by **Tuesday, June 24, 2014**, why it has not moved for entry of default against Dreams Footwear. No hearing will be held; Plaintiff shall respond in writing. The Court will discharge this Order upon a timely application for entry of default filed with the Clerk of Court. Failure to timely respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

June 17, 2014

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**